UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

**F I L E D**

AUG 2 0 1999

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 99-CR-23-H |
| | ) | |
| vs. | ) | **INFORMATION** |
| | ) | [21 U.S.C. § 843(b): Use of |
| MICHAEL WEHBA, | ) | Communication Facility in |
| | ) | Facilitating the Commission of a |
| | ) | Felony] |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about the 19th day of October, 1998, in the Northern District of Oklahoma, and elsewhere, the defendant, MICHAEL WEHBA, did knowingly and intentionally use a communication facility in causing or facilitating the commission of acts constituting a felony under the Controlled Substances Act, to-wit: distribution of marijuana, a Schedule I controlled substance, a violation of Title 21, United States Code, Section 841 and in violation of Title 21, United States Code, Section 843(b).

STEPHEN C. LEWIS
United States Attorney

ALLEN J. LITCHFIELD
Assistant United States Attorney
3460 U.S. Courthouse
333 West 4th Street
Tulsa, Oklahoma 74103
(918) 581-7463