AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA
V.
MICHAEL WEHBA,

**WAIVER OF INDICTMENT**

FILED
AUG 20 1999
Phil Lombardi, Clerk
U.S. DISTRICT COURT

CASE NUMBER: 99-CR-23-H

I, __MICHAEL WEHBA__, the above named defendant, who is accused of

Title 21, United States Code, Section 843(b); Use of Communication Facility in Facilitating the Commission of a Felony

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __August 20, 1999__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_[signature]_
**Defendant**

_[signature]_
**Counsel for Defendant**

Before _[signature]_
_Judicial Officer_

/10