# MINUTE SHEET - SENTENCING   1:10 - 1:45

CASE NO. 99-CR-23-H

DATE 01/05/00                                    USA v. Michael Wehba

JUDGE Sven Erik Holmes   DEPUTY D. Holland   REPORTER G. Dorrough

RECORDER _____

Counsel for Plaintiff: _Allen Litchfield_

Counsel for Defendant: _Charles Prather_     (Ret.)/Appt./FPD

✓ Defendant appears in person with counsel. __ Counsel waived.
✓ Pltf & Deft reviewed PSI: ✓ Objections by _1-ct. den._; ✓ No objections by govt. / Ct adopts.
✓ 18:3553 Findings re: PSI/Sentence made; __ Findings re: Plea made.
✓ Sentence re: Guidelines; w/n same; Departure- upward/downward; Findings made.
✓ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown:

**SENTENCE:** As to Counts __1__ of _Felony Information_:

BOP- _5 mo. + to be srvd/commun. conf. ctr. in Tul_

Probation- _inelig._

SR- _1 yr._

Fine- _none ordered_

SMA- _$100.00_

Restitution- _N/A_

**Standard Conditions** including the following additional conditions:

__ Deft shall abide by "Special Financial Conditions".
✓ Deft shall abide by "Special Search & Seizure Conditions".
__ Deft shall participate in a program of testing and treatment (to include inpatient) for drug and alcohol abuse as directed by the Probation Officer.
✓ Deft shall be placed on home detention to include electronic monitoring at the discretion of the U.S. Probation Office for a period of _5_ mos to commence w/n _72 hrs of release date_. Entire cost of this program shall be paid by:
   ✓ deft ___ govt.
__ As a condition of SR, upon completion of imprisonment term, deft to surrender to a duly- authorized immigration official for deportation in accordance with the established procedures provided by Immigration and Naturalization Act. It is a further condition of SR, if ordered deported, deft to remain outside the US until termination of the term of SR.

✓ Defendant advised of right to appeal; __ Defendant gives oral notice of appeal.
__ Bond exonerated. __ Appeal bond set: _____ (Cash or Surety); __ Findings made.
✓ Remaining counts ordered dismissed _Indictment_.
✓ Defendant to self surrender to designated institution: by noon on _2/7/00_ __ Findings made.
   U.S. Marshal to advise of designated institution.
__ Defendant remanded to custody of U.S. Marshal.

ADDITIONAL MINUTES: _____

177